IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **JACOB SMITH,**<br><br>　　　　**Plaintiff,**<br><br>　v.<br><br>**BLUEBIRD BIO, INC., ANDREW OBENSHAIN, MARK VACHON, JOHN O. AGWUNOBI, M.D., MICHAEL CLOONAN, CHARLOTTE JONES-BURTON, M.D., ELISABETH LEIDERMAN, M.D., NICK LESCHLY, RICHARD PAULSON, NAJOH TITA-REID, CARLYLE GROUP INC., and SK CAPITAL PARTNERS, LP,**<br><br>　　　　**Defendants.** | Case No. 1:25-cv-2802 |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Jacob Smith, hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice against the Defendants.

This notice is filed before the opposing party has served either an answer or a motion for summary judgment. Accordingly, the dismissal is effective upon filing of this notice.

Dated: July 15, 2025 Respectfully submitted,

By: /s/ Eric Lechtzin
Eric Lechtzin
**EDELSON LECHTZIN LLP**
411 S. State Street, Suite N-300
Newtown, PA 18940
Telephone: (215) 867-2399
elechtzin@edelson-law.com

*Attorneys for Plaintiff*